Argued July 22, reversed and remanded August 26, 1971

STATE OF OREGON, *Respondent, v.*
KERMIT DETROIT WHITTEMORE, *Appellant.*
487 P2d 1379

*Robert J. McCrea,* Eugene, argued the cause for appellant. With him on the brief were Mulder, Morrow & McCrea, Eugene.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, Salem, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

This is a companion case to *State v. Metler,* 6 Or App 356, 487 P2d 1377 (1971). The issue presented is identical.

Reversed and remanded.